**Adam Ford** (NYB #4115531)
FORD & HUFF LC
228 Park Avenue South
New York, NY 10036
Telephone: (212) 287-5913
Email: adam.ford@fordhufflaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON, et al., <br><br> Plaintiff, <br><br> - against - <br><br> 265 W. 37TH STREET LLC, et al., <br><br> Defendants. | **CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES, FIRST DISCOVERY REQUESTS, RESPONSE TO DEFENDANTS' REQUESTS, AND DOCUMENTS RESPONSIVE TO DISCOVERY** <br><br> 1:22-cv-619 <br><br> Judge Katherine Polk Failla |

I, the undersigned, certify that on September 7, 2022, I caused a true and correct copy of PLAINTIFF'S INITIAL DISCLOSURES, FIRST DISCOVERY REQUESTS, RESPONSE TO DEFENDANTS' REQUESTS, AND DOCUMENTS RESPONSIVE TO DISCOVERY to be served upon those listed below via USPS Priority Mail at the address below:

Obermayer Rebmann Maxwell & Hippel LLP
c/o Dove A.E. Burns, Esq.
60 E 42nd St Fl 40
New York, NY 10165-0003

Tracking #: 9410811108033487391674

DATED: September 7, 2022.

FORD & HUFF LC

/s/ Adam D. Ford
Adam D. Ford (NYB #4115531)
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that on September 7, 2022, I caused a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES, FIRST DISCOVERY REQUESTS, RESPONSE TO DEFENDANTS' REQUESTS, AND DOCUMENTS RESPONSIVE TO DISCOVERY to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                                   /s/ Adam D. Ford