

October 20, 2022

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Filed via ECF and Emailed to Failla_NYSDChambers@nysd.uscourts.gov

Re:     **Case Status Update**
        Stephen Gannon v. 265 W. 37th Street LLC, et al.
        Case # 22-cv-00619

Dear Judge Failla,

    This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in this action. The parties are happy to inform the Court that a settlement has been reached and awaits only the final full written settlement agreement to be signed prior to a stipulated dismissal of the action. The settlement occurred after a call with the Court-appointed mediator, but prior to the official mediation session. We thank the Court for the referral, which was instrumental in the parties reaching the settlement.

    There are no outstanding or pending motions in the case and the parties anticipate no motions will be filed. There are no discovery disputes that need to be addressed by the Court. As the case has settled, no trial need be scheduled. The parties expect the settlement agreement to be finalized and signed and a request that the case be dismissed, with prejudice, will be submitted prior to the end of October.

    Plaintiff's counsel prepared this letter late in the day and failed to reach Defendant's counsel to obtain consent to add their signature, but as we have been in close communication over the last week, we don't anticipate Defendants will have any disagreement with the contents of this letter.

**Adam D. Ford**                                              adam.ford@fordhufflaw.com
228 Park Avenue South                                                    (212) 287-5913
New York, New York 10003                                         www.fordhufflaw.com

**Re: Joint Letter, Case Status Update**
October 20, 2022
Page **2** of **2**

      We thank the court for its attention in this matter.

Respectfully Submitted,

Adam Ford
Ford & Huff LC

cc:     All Counsel of Record (via ECF)

